Civil Action No. 1:21-CV-5301

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*   Joe Riley _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*   The Patriot Family Homes LLC _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*  Registered Red Label Mailing RF116951925US with Signature

My fees are $ 25.00 for travel and $ 10.00 for services, for a total of $ 35.00   01-06-22

I declare under penalty of perjury that this information is true.

Date: 01-06-22

_____Lafayette Foster_____
Server's signature

Lafayette Foster
Printed name and title

P.O. Box 7914 Athens, GA. 30604
Server's address

Additional information regarding attempted service, etc:

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
MAR 09 2022
KEVIN P. WEIMER, Clerk
By: NBowen Deputy Clerk

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

I

Dba KILEY ARNE4 CARTER EXPRESS TRUST surety for
Commerce Power KILEY ARNEZ CARTER
Office of Executor
Real Party in Interest

*Plaintiff(s)*

v.

Joe Riley dba The Patriot Family Homes LLC Georgia

*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 1:21-CV-5301

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  256 Cherokee Ridge
Athens Georgia 30606

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____       _____
                                                                James N. Hatten
                                                           *Clerk or Deputy Clerk*

JS44 (Rev. 6/2017 NDGA)   CIVIL COVER SHEET 1:21-CV-5301

The JS44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket record. (SEE INSTRUCTIONS ATTACHED)

**(a) PLAINTIFF(S)**

Dba KILEY ARNEZ CARTER EXPRESS TRUST surety for Commerce Power KILEY ARNEZ CARTER
Office of Executor
Real Party in Interest

**DEFENDANT(S)**

Joe Riley dba The Patriot Family Homes Llc Georgia
Robert J Solomon dba SOLOMON/BAGGETT #666635
David R Sweat dba SUPERIOR COURT
Beverly Logan dba CHIEF CLERK
Ira Edwards Jr dba FR HEAD SHERIFF
Patricia Barron dba CHIEF PROBATE JUDGE
Benjamin Makin dba PROBATE JUDGE

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** ___CLARKE___
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT** ___CLARKE___
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c) ATTORNEYS** (FIRM NAME, ADDRESS, TELEPHONE NUMBER, AND E-MAIL ADDRESS)

REGISTERED AGENT
640 Vine street
yelikelbey@gmail.com

**ATTORNEYS** (IF KNOWN)

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)

- [ ] 1 U.S. GOVERNMENT PLAINTIFF
- [x] 3 FEDERAL QUESTION (U.S. GOVERNMENT NOT A PARTY)
- [ ] 2 U.S. GOVERNMENT DEFENDANT
- [ ] 4 DIVERSITY (INDICATE CITIZENSHIP OF PARTIES IN ITEM III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (FOR DIVERSITY CASES ONLY)

| PLF | DEF | | PLF | DEF | |
|---|---|---|---|---|---|
| [ ] 1 | [ ] 1 | CITIZEN OF THIS STATE | [ ] 4 | [ ] 4 | INCORPORATED OR PRINCIPAL PLACE OF BUSINESS IN THIS STATE |
| [ ] 2 | [ ] 2 | CITIZEN OF ANOTHER STATE | [ ] 5 | [ ] 5 | INCORPORATED AND PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE |
| [ ] 3 | [ ] 3 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ] 6 | [ ] 6 | FOREIGN NATION |

**IV. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

- [ ] 1 ORIGINAL PROCEEDING
- [ ] 2 REMOVED FROM STATE COURT
- [ ] 3 REMANDED FROM APPELLATE COURT
- [ ] 4 REINSTATED OR REOPENED
- [ ] 5 TRANSFERRED FROM ANOTHER DISTRICT (Specify District)
- [ ] 6 MULTIDISTRICT LITIGATION - TRANSFER
- [x] 7 APPEAL TO DISTRICT JUDGE FROM MAGISTRATE JUDGE JUDGMENT
- [ ] 8 MULTIDISTRICT LITIGATION - DIRECT FILE

**V. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE - DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

For and on the record, by way of Affidavit of Special Appearance for Immediate Emergency Injunction due third party-strangers/interveners subdivisions of United States are in violation of all points of maladministration and restraint of Religious Covenant/Liberties pursuant to protections for the extraordinary most vulnerable private people also known as handicap pursuant to Americans with disabilities, injury party herein has cerebral palsy.

**(IF COMPLEX, CHECK REASON BELOW)**

- [ ] 1. Unusually large number of parties.
- [ ] 2. Unusually large number of claims or defenses.
- [ ] 3. Factual issues are exceptionally complex
- [ ] 4. Greater than normal volume of evidence.
- [ ] 5. Extended discovery period is needed.
- [ ] 6. Problems locating or preserving evidence
- [ ] 7. Pending parallel investigations or actions by government.
- [ ] 8. Multiple use of experts.
- [ ] 9. Need for discovery outside United States boundaries.
- [ ] 10. Existence of highly technical issues and proof.

**CONTINUED ON REVERSE**

FOR OFFICE USE ONLY
RECEIPT #_____   AMOUNT $_____   APPLYING IFP_____   MAG. JUDGE (IFP)_____
JUDGE_____   MAG. JUDGE_____   (Referral)   NATURE OF SUIT_____   CAUSE OF ACTION_____

## VI. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

**CONTRACT - "0" MONTHS DISCOVERY TRACK**
- ☐ 150 RECOVERY OF OVERPAYMENT & ENFORCEMENT OF JUDGMENT
- ☐ 152 RECOVERY OF DEFAULTED STUDENT LOANS (Excl. Veterans)
- ☐ 153 RECOVERY OF OVERPAYMENT OF VETERAN'S BENEFITS

**CONTRACT - "4" MONTHS DISCOVERY TRACK**
- ☐ 110 INSURANCE
- ☐ 120 MARINE
- ☐ 130 MILLER ACT
- ☐ 140 NEGOTIABLE INSTRUMENT
- ☐ 151 MEDICARE ACT
- ☐ 160 STOCKHOLDERS' SUITS
- ☐ 190 OTHER CONTRACT
- ☐ 195 CONTRACT PRODUCT LIABILITY
- ☐ 196 FRANCHISE

**REAL PROPERTY - "4" MONTHS DISCOVERY TRACK**
- ☐ 210 LAND CONDEMNATION
- ☐ 220 FORECLOSURE
- ☐ 230 RENT LEASE & EJECTMENT
- ☐ 240 TORTS TO LAND
- ☐ 245 TORT PRODUCT LIABILITY
- ☐ 290 ALL OTHER REAL PROPERTY

**TORTS - PERSONAL INJURY - "4" MONTHS DISCOVERY TRACK**
- ☐ 310 AIRPLANE
- ☐ 315 AIRPLANE PRODUCT LIABILITY
- ☐ 320 ASSAULT, LIBEL & SLANDER
- ☐ 330 FEDERAL EMPLOYERS' LIABILITY
- ☐ 340 MARINE
- ☐ 345 MARINE PRODUCT LIABILITY
- ☐ 350 MOTOR VEHICLE
- ☐ 355 MOTOR VEHICLE PRODUCT LIABILITY
- ☐ 360 OTHER PERSONAL INJURY
- ☐ 362 PERSONAL INJURY - MEDICAL MALPRACTICE
- ☐ 365 PERSONAL INJURY - PRODUCT LIABILITY
- ☐ 367 PERSONAL INJURY - HEALTH CARE/ PHARMACEUTICAL PRODUCT LIABILITY
- ☐ 368 ASBESTOS PERSONAL INJURY PRODUCT LIABILITY

**TORTS - PERSONAL PROPERTY - "4" MONTHS DISCOVERY TRACK**
- ☐ 370 OTHER FRAUD
- ☐ 371 TRUTH IN LENDING
- ☐ 380 OTHER PERSONAL PROPERTY DAMAGE
- ☐ 385 PROPERTY DAMAGE PRODUCT LIABILITY

**BANKRUPTCY - "0" MONTHS DISCOVERY TRACK**
- ☐ 422 APPEAL 28 USC 158
- ☐ 423 WITHDRAWAL 28 USC 157

**CIVIL RIGHTS - "4" MONTHS DISCOVERY TRACK**
- ☐ 440 OTHER CIVIL RIGHTS
- ☐ 441 VOTING
- ☐ 442 EMPLOYMENT
- ☐ 443 HOUSING/ ACCOMMODATIONS
- ☐ 445 AMERICANS with DISABILITIES - Employment
- ☑ 446 AMERICANS with DISABILITIES - Other
- ☐ 448 EDUCATION

**IMMIGRATION - "0" MONTHS DISCOVERY TRACK**
- ☐ 462 NATURALIZATION APPLICATION
- ☐ 465 OTHER IMMIGRATION ACTIONS

**PRISONER PETITIONS - "0" MONTHS DISCOVERY TRACK**
- ☐ 463 HABEAS CORPUS- Alien Detainee
- ☐ 510 MOTIONS TO VACATE SENTENCE
- ☐ 530 HABEAS CORPUS
- ☐ 535 HABEAS CORPUS DEATH PENALTY
- ☐ 540 MANDAMUS & OTHER
- ☐ 550 CIVIL RIGHTS - Filed Pro se
- ☐ 555 PRISON CONDITION(S) - Filed Pro se
- ☐ 560 CIVIL DETAINEE: CONDITIONS OF CONFINEMENT

**PRISONER PETITIONS - "4" MONTHS DISCOVERY TRACK**
- ☐ 550 CIVIL RIGHTS - Filed by Counsel
- ☐ 555 PRISON CONDITION(S) - Filed by Counsel

**FORFEITURE/PENALTY - "4" MONTHS DISCOVERY TRACK**
- ☐ 625 DRUG RELATED SEIZURE OF PROPERTY 21 USC 881
- ☐ 690 OTHER

**LABOR - "4" MONTHS DISCOVERY TRACK**
- ☐ 710 FAIR LABOR STANDARDS ACT
- ☐ 720 LABOR/MGMT. RELATIONS
- ☐ 740 RAILWAY LABOR ACT
- ☐ 751 FAMILY and MEDICAL LEAVE ACT
- ☐ 790 OTHER LABOR LITIGATION
- ☐ 791 EMPL. RET. INC. SECURITY ACT

**PROPERTY RIGHTS - "4" MONTHS DISCOVERY TRACK**
- ☐ 820 COPYRIGHTS
- ☐ 840 TRADEMARK

**PROPERTY RIGHTS - "8" MONTHS DISCOVERY TRACK**
- ☐ 830 PATENT
- ☐ 835 PATENT-ABBREVIATED NEW DRUG APPLICATIONS (ANDA) - a/k/a Hatch-Waxman cases

**SOCIAL SECURITY - "0" MONTHS DISCOVERY TRACK**
- ☐ 861 HIA (1395ff)
- ☐ 862 BLACK LUNG (923)
- ☐ 863 DIWC (405(g))
- ☐ 863 DIWW (405(g))
- ☐ 864 SSID TITLE XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS - "4" MONTHS DISCOVERY TRACK**
- ☐ 870 TAXES (U.S. Plaintiff or Defendant)
- ☐ 871 IRS - THIRD PARTY 26 USC 7609

**OTHER STATUTES - "4" MONTHS DISCOVERY TRACK**
- ☐ 375 FALSE CLAIMS ACT
- ☐ 376 Qui Tam 31 USC 3729(a)
- ☐ 400 STATE REAPPORTIONMENT
- ☐ 430 BANKS AND BANKING
- ☐ 450 COMMERCE/ICC RATES/ETC.
- ☐ 460 DEPORTATION
- ☐ 470 RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS
- ☐ 480 CONSUMER CREDIT
- ☐ 490 CABLE/SATELLITE TV
- ☐ 890 OTHER STATUTORY ACTIONS
- ☐ 891 AGRICULTURAL ACTS
- ☐ 893 ENVIRONMENTAL MATTERS
- ☐ 895 FREEDOM OF INFORMATION ACT
- ☐ 899 ADMINISTRATIVE PROCEDURES ACT / REVIEW OR APPEAL OF AGENCY DECISION
- ☐ 950 CONSTITUTIONALITY OF STATE STATUTES

**OTHER STATUTES - "8" MONTHS DISCOVERY TRACK**
- ☐ 410 ANTITRUST
- ☐ 850 SECURITIES / COMMODITIES / EXCHANGE

**OTHER STATUTES - "0" MONTHS DISCOVERY TRACK**
- ☐ 896 ARBITRATION (Confirm / Vacate / Order / Modify)

\* PLEASE NOTE DISCOVERY TRACK FOR EACH CASE TYPE. SEE LOCAL RULE 26.3

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF CLASS ACTION UNDER F.R.Civ.P. 23    DEMAND $ aaa    All Interest

☐ JURY DEMAND ☐ YES ☐ NO (CHECK YES ONLY IF DEMANDED IN COMPLAINT)

## VIII. RELATED/REFILED CASE(S) IF ANY
JUDGE Ethelyn N. Simpson    DOCKET NO. ST18CR0730

CIVIL CASES ARE DEEMED RELATED IF THE PENDING CASE INVOLVES: (CHECK APPROPRIATE BOX)
- ☐ 1. PROPERTY INCLUDED IN AN EARLIER NUMBERED PENDING SUIT.
- ☐ 2. SAME ISSUE OF FACT OR ARISES OUT OF THE SAME EVENT OR TRANSACTION INCLUDED IN AN EARLIER NUMBERED PENDING SUIT.
- ☐ 3. VALIDITY OR INFRINGEMENT OF THE SAME PATENT, COPYRIGHT OR TRADEMARK INCLUDED IN AN EARLIER NUMBERED PENDING SUIT.
- ☐ 4. APPEALS ARISING OUT OF THE SAME BANKRUPTCY CASE AND ANY CASE RELATED THERETO WHICH HAVE BEEN DECIDED BY THE SAME BANKRUPTCY JUDGE.
- ☐ 5. REPETITIVE CASES FILED BY PRO SE LITIGANTS.
- ☐ 6. COMPANION OR RELATED CASE TO CASE(S) BEING SIMULTANEOUSLY FILED (INCLUDE ABBREVIATED STYLE OF OTHER CASE(S)):

- ☐ 7. EITHER SAME OR ALL OF THE PARTIES AND ISSUES IN THIS CASE WERE PREVIOUSLY INVOLVED IN CASE NO. _____, DISMISSED. This case ☐ IS ☐ IS NOT (check one box) SUBSTANTIALLY THE SAME CASE.

_Carter: Kiley-arnez_
SIGNATURE OF REGISTERED AGENT                    DATE 12-22-20__

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

DEC 27 2021

KEVIN P. WEIMER, Clerk
By: [signature] Deputy Clerk

United States of America
State of Georgia
County of Clarke

I DWIGHT TOMLINSON serve, as a commissioned officer of the State of Georgia, in and for the county of Clarke, duly commissioned, qualified and affirm according to the state laws, does hereby certify and declare that I am over 18 years of the age and not a party to the within action.

Your office a subdivision of the United States is in receipt of and now deposit with US DISTRICT COURT this Affidavit of Special Appearance for Immediate Emergency Injunction due third party- strangers/interveners subdivisions of United States are in violation of all points of maladministration of **UNITED STATES of AMERICA** and Great seal.

On this DEC. 22 day of 2021, I witness mailing to **Federal Department of State**; $402 Filing of *Affidavit of motion to vacate void judgement with Emergency Injunction attached, by Settlor* of **KILEY ARNEZ CARTER EXPRESS TRUST** sent offices by Mail,   Registered December 22th, 2021

Office of Sheriff
John Q. Williams dba HEAD SHERIFF
Ira Edwards Jr. dba FR HEAD SHERIFF
325 E. Washington Street
Athens Georgia 30601
RE 720097719US

Federal Office of Courts
James N. Hatten dba U.S. CHIEF CLERK
2211 UNITED STATES COURTHOUSE
75 Ted Turner Driver SW
Atlanta Georgia 30303
RE720097719US

Office of Clerk of Courts
Beverly Logan dba CHIEF CLERK
325 E. Washington Street
RE720097719US

Office of Tax Commissioner
Toni Meadows dba TAX COMMISSIONER
325 E. Washington Street
RE720097719US

Subscribed and sworn to before me this 22 day of DEZEMBER 2021.
Notary Public [signature]

Office of Magistrate Court
Patricia Barron dba CHIEF JUDGE
325 E. Washington Street
RE720097719US

[Notary Seal: DWIGHT TOMLINSON NOTARY PUBLIC Exp. Sept. 28, 2024 OCONEE COUNTY, GA]

Patriot Family Homes LLC Georgia
256 Cherokee Ridge
Athens Georgia 30606
RE720097719US



[Private seal: Kiley-arnez Surety for Kiley Arnez Carter Express Trust Executor Spiritual Express Trust exodus 3:14-jer 1:5 private seal 10-6-1970]

Patriot Family Homes LLC
435 Q Street NW
Washington, DC 20001
RE720097719US

This Affidavit respectfully demand a vacate void judgement under the authority of **GEORGIA Statue Title 17 chapter 1- Immediate Emergency Injunction Judicial Notice** request, which is to remain attached with definitions to this court of records, a subdivision of UNITED STATES and Great seal of said State.

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

DEC 27 2021

KEVIN P. WEIMER, Clerk

ST18CR0730

Real Party in Interest
Office of Executor
Dba. KILEY ARNEZ CARTER EXPRESS TRUST vs Surety for Commerce Power KILEY ARNEZ CARTER

United States of America
PUBLIC OFFICIALS
Dba STATE OF GEORGIA
Joe Riley dba THE PATRIOT FAMILY HOMES LLC GEORGIA
Robert J Solomon dba SOLOMON/BAGGETT #666635
David R Sweat dba SUPERIOR COURT
Beverly Logan dba CHIEF CLERK
John Q. Williams dba HEAD SHERIFF
Ira Edwards Jr dba FR HEAD SHERIFF
Patricia Barron dba CHIEF PROBATE JUDGE
Benjamin Makin dba PROBATE JUDGE
or current office holder in chambers Magistrate, State, Superior Judge, All Constitutional Officials

1:21-CV-5301

Recorded 12/22/2021 04:53PM

Kelli Paradise Smith Clerk Superior Court
OGLETHORPE COUNTY, GA.
Bk 00162   Pg 0961-0969
PT61:
Penalty:

**NOTICE TO AGENT IS NOTICE TO PRINCIPLE, NOTICE TO PRINICIPLE IS NOTICE TO AGENT**

Kiley Arnez Carter but not KILEY ARNEZ CARTER A/K/A KILEY A CARTER (4 this court under the authority Georgia Statue Title 17 chapter 1; for vacation of void judgement attached for lack of subject matter jurisdiction. CARRINGTON MORTGAGE SERVICES LLC and Robert J Solomon practicing special diligence; subterfuge and acting in a purely criminal mode, obtained judgement in this instant case. Kiley Arnez Carter Expess Trust did not receive notice and have opportunity on a motion for either default or summary judgment, even if CARRINGTON MORTGAGE SERVICES LLC and Robert J Solomon had properly notice Kiley Carter, the records does not reveal that CARRINGTON MORTGAGE SERVICES LLC proved standing to bring action, CARRINGTON MORTGAGE SERVICES failed to prove up claims for damages. The court relied totally on attorney unsworn statements. **see Wright v Emory 41 So. 3d 290 (Fla. Dist. Ct. App. 2010).** " Emory's attorney unsworn, unverified statement do not establish competent evidence. **Hewitt Coleman and associates v Lymas. So. 2d 467, 468 (Fla. Dist. Ct. 1985).** The practice we wish to see terminated is that of attorney's making unsworn statements of fact at hearings which trial courts may

This Affidavit respectfully demand a vacate void judgement under the authority of **GEORGIA** Statue **Title 17 chapter 1- Immediate Emergency Injunction Judicial Notice** request, which is to remain attached with definitions to this court of records, a subdivision of UNITED STATES and Great seal of said State.

consider as establishing facts. It is essential that attorneys conduct themselves as officers of the Court, but their unsworn statements do not establish facts in the absence of stipulation. Trial judges cannot rely on these unsworn statements as the basis for making factual determinations; and this court cannot so consider them on review of the records, in conjunction with **Trinsey v. Pagliaro, D. C. Pa. 1964, 229 F. Supp. 647;** - "Statements of counsel in brief or in argument are not sufficient for motion to dismiss of summary judgement." If the advocate wishes to establish a fact, he must provide sworn testimony through witnesses other than himself or a stipulation to which opponent agrees.

Memorandum of law in support of the point of law that the party seeking to vacate a void judgement is invoking the ministerial powers of the court/courts lack judicial discretion when it comes to vacating a void judgement.

When rules providing for relief from void judgement is applicable, relief is not discretionary matter, but is mandatory, ornerv. shalala, 30 F. 3d 1307 (Colo. 1994). See also Thomas 906 S. W. 2d at 262 (holding that trial court has not only power but the duty to vacate a void judgement.) For other authorities concurring see Watkins v Johnson Fla. 139 712 (Fla. 1939) "A judgement that is null and void- a mere brutum fulmen- can be set aside or stricken from the record on motion at any time and may be collaterally assailed". See kroier v. kroier 95 Fla. 865 116 So. 753 cardoza v state no. 3D09-2881 (Fla. Dist. Ct app Sep. 2012) When " it is determined that judgement entered is void, trial court has no discretion, and is obligated to vacate the judgement. "Hoffman v state 413 So 2d 150 (Fla. Dist Ct. app 1982)".
...every court whether possessed of original or appellate

**Emergency Injunction Judicial Notice**

This court is notice: As soon as practical and reasonable, CARRINGTON MORTGAGE; SERVICES LLC; Najarian Capital, llc; Vongsouvanh Phetsamone; Patriot Family Georgia 4 LLC. and Robert J Solomon the private business organizations to which they

This Affidavit respectfully demand a vacate void judgement under the authority of **GEORGIA Statue Title 17 chapter 1- Immediate Emergency Injunction Judicial Notice** request, which is to remain attached with definitions to this court of records, a subdivision of UNITED STATES and Great seal of said State.

belong, and all who aid and abet CARRINGTON MORTGAGE SERVICES LLC and Robert J Solomon shall be sued under authority of 18 USC 1964(a). See Title 21 Chapter 19, ss 554, "Attorney buying evidence of debt-misleading Court. Every attorney who either directly or indirectly buys or is interested in buying any evidence of debt or thing in action with intent to bring suit thereon is guilty of a misdemeanor. Any attorney who in any proceeding before any court of justice of the peace or police, judge, or other inferior court appears as attorney, willfully mistakes any proposition or seeks to mislead the court in any matter of law is guilty of a misdemeanor and on any trial therefore the state shall only be held to prove to the court that the cause was pending, that the defendant appeared as an attorney in the action, and showing what the legal statement was, wherein it is not the law." Any person guilty of falsely preparing any book, paper, (record). Instrument in writing, or other matter or thing, with intent to produce it, or allow it to be law, SHALL BE GUILTY OF A FELONY. See Georgia Statues Title 16 Chapter 14 CRIMES AND OFFENSES CONCERNING RACKETEER INFLUENCED AND CORRUPT ORGANIZATION AND ILLEGAL DEBTS, PURSUANT TO 15 USC 1692- CONGRESSIONAL FINDINGS WITH DECLARATION OF PURPOSE.

Wherefore, Kiley Arnez Carter Express Trust but not KILEY ARNEZ CARTER respectfully demand a vacate void judgement under the authority of GEORGIA Statue Title 17 chapter 1- Immediate Emergency Injunction judicial notice requested.

Affidavit

I, Kiley Arnez Carter, real party in interest/registered agent, of the age of majority and competent to testify state as follows on my personal knowledge and standing to sue in Georgia Courts.

2. Kiley Arnez Carter Express Trust is not in receipt of any papers which verifies that Kiley Arnez Carter Express Trust have a contract with CARRINGTON MORTGAGE SERVICES LLC; Najarian Capital, llc; Vongsouvanh Phetsamone; Patriot Family Georgia 4 LLC.

3. Kiley Arnez Carter Express Trust is not in receipt of any papers which verifies that Kiley Arnez Carter Express Trust owe CARRINGTON MORTGAGE SERVICES LLC; Najarian Capital, llc; Vongsouvanh Phetsamone; Patriot Family Georgia 4 LLC.

This Affidavit respectfully demand a vacate void judgement under the authority of **GEORGIA Statue Title 17 chapter 1- Immediate Emergency Injunction Judicial Notice** request, which is to remain attached with definitions to this court of records, a subdivision of UNITED STATES and Great seal of said State.

4. Kiley Arnez Carter Express Trust is not in receipt of any papers which verifies that CARRINGTON MORTGAGE SERVICES LLC; Najarian Capital, llc; Vongsouvanh Phetsamone; Patriot Family Georgia 4 LLC authorized suit against Kiley Arnez Carter Express Trust or is even aware of it.

5. CARRINGTON MORTGAGE SERVICES LLC; Najarian Capital, llc; Vongsouvanh Phetsamone; Patriot Family Georgia 4 LLC tried to fraudulent steal private property of Kiley Arnez Carter Express Trust.

6. As a result of CARRINGTON MORTGAGE SERVICES LLC; Najarian Capital, llc; Vongsouvanh Phetsamone; Patriot Family Georgia 4 LLC pattern of acts against real party in interest, irreparable damaged financially, socially, and emotionally byway of Larceny by Trick.

Seven days from the registered verifiable receipt of the affidavit motion to vacate a void judgement, an order shall be prepared and submitted to the court of record for ratification unless prior to that time CARRINGTON MORTGAGE SERVICES LLC, Najarian Capital, llc; Vongsouvanh Phetsamone; Patriot Family Georgia 4 LLC, rebut all articles- one through five-of trust affidavit by and through a competent fact witness making their statement under penalty of perjury, supporting all rebutted articles with evidence which would be admissible at trial, and sets the matter for hearing.

Executed by Kiley Arnez Carter Express Trust on December 19, 2018

### CERTIFICATE OF SERVICE

I, kiley-arnez registered agent for Kiley Arnez Carter Express Trust **private express trust on behalf Office of Executor: kiley-arnez Surety over all Commerce** for KILEY A CARTER, CARTER, KILEY ARNEZ. and carter kiley arnez, Holder in Due Course, is of the age of majority and competent under the penalty of perjury, without the United States pursuant **28 USC 1746**

In witness whereof I hereunto set my hand and **spiritual express trust private seal:**

Witness of Express Trust Records/Minutes from first date Fraud/Larceny by trick: *Carter: kiley-arnez*



This Affidavit respectfully demand a vacate void judgement under the authority of **GEORGIA** State **Title 17 chapter 1- Immediate Emergency Injunction Judicial Notice** request, with Definitions is to remain attached to this court of records, a subdivision of UNITED STATES and Great seal of said State.

Definitions for Purpose Clean Hands: DEMAND FOR VACATE VOID JUDGEMENT

1.) Clear- Plain; evident; free from doubt or conjecture; also, unincumbered; free from deductions or drawbacks.

2. National but not a citizen of the United States- Section 302 of Public Law 94 - 241: Any person who becomes a citizen of the United States solely by virtue of the provisions in Section 301 [applying to those born in or residing in the Northern Mariana Islands] may within six months after the effective date of that Section or within six months after reaching the age of 18 years, whichever date is later, become a national but not a citizen of the United States by making a declaration under oath before any court established by the Constitution or laws of the United States or any other court of record in the Commonwealth in the form as follows " I _____ being duly sworn, hereby declare my intention to be a national but not a citizen of the United States."

National – a person owing permanent allegiance to a state.

3. 14th Amendment Citizen- See GPO Style Manual Page 96 Section 5.24.- Observe the following demonyms: Alaska Native Asian American Black or African American (including Negro Afro American Colored etc…) Hispanic or Latino Native American or American Indian Native Hawaiian Pacific Islander Puerto Rican White
U. S. Citizen- includes these terms in the GPO Manual page 96 Section5.24. Observe the following forms: Alaska Native Asian American Black or African American Hispanic or Latino Native American or American Indian Native Hawaiian Pacific Islander Puerto Rican White

Spiritual Covenant-A formal agreement or promise, usually included in a contract or deed, to do or not do a particular act, a compact or stipulation in accordance Exodus 3:14 "the Great I am".

Surety- someone who assumes direct liability for another's obligation 15 U.S. C § 694b

GPO Style Manual- Nationalities, ect… Section 5.23. In designating the natives of the States, the following forms will be used. Alabamian Alaskan Arizonan Arkansan Californian Coloradan Connecticuter Delawarean Floridian Georgian Hawaii resident Hoosier (Indiana) Idahoan Illinoisan Iowan Kansan Kentuckian Louisianian Mainer Marylander Massachusettsan Michiganian Minnesotan Mississippian Missourian Montanan Nebraskan Nevadan New Hampshirite New Jerseyan New

This Affidavit respectfully demand a vacate void judgement under the authority of **GEORGIA** Statue **Title 17 chapter 1- Immediate Emergency Injunction Judicial Notice** request, with Definitions is to remain attached to this court of records, a subdivision of UNITED STATES and Great seal of said State.

Mexican New Yorker North Carolinian North Dakotan Ohioan Oklahoman Oregonian Pennsylvanian Rhode Islander South Carolinian South Dakotan Tennessean Texan Utahn Vermonter Virginian Washingtonian West Virginian Wisconsinite Wyomingite.

4. Standing- a right of people to challenge the conduct of another people in a court.

5. Special Diligence- - Process of law, by which persons, lands, or effects are seized in execution or in security for debt, not mere ordinary person or non-specialized.

6. Ancestral- relating to ancestors, or to what has been done by them; as homage, derived from ancestral estates by way of transmitting by descent and not by purchase.

7. papers- written instrument, writings, business documents, books of accounting.

8. Real Party in Interest- An individual or a business that has the legal right to sue or enforce a claim.

9. Seal- A device used to create an impression or imprint on paper utilizing wax or a stamp. The seal is used to execute a legal document or guarantee the papers authenticity.

10. Libel- defamation expressed by print, writing, pictures, signs, effigies, or any communication embodied in physical form that is injurious to a person's reputation, exposes a private person to public hatred, contempt or ridicule, or injuries a person in his/her business or profession.

11. Invasion of Privacy- A bundle of torts including intrusion into seclusion, appropriation of likeness or identity, public disclosure of private facts, and portrayal in a false light. Defenses include truth, consent and privilege constitutionally.

12. Traveler – is one who travels in any way. Distance is not material, he/she who comes from a distance or from a foreign country.

13. Maim to inflict serious bodily injury, mutilation, disfigurement, or any harm that limit's the victim's ability to function physically permanently

This Affidavit respectfully demand a vacate void judgement under the authority of **GEORGIA Statue Title 17 chapter 1- Immediate Emergency Injunction Judicial Notice** request, with Definitions is to remain attached to this court of records, a subdivision of UNITED STATES and Great seal of said State.

14. Occurrence- cause of an injury, damage or destruction of property that belongs to a third party.

15. Larceny by Trick- the trespassory taking and carrying away of the personal property of another with the intent to steal. the trespasser who commits larceny by trick obtains possession of the property by intentionally making a false statement to the victim.

16 Free Exercise Clause- reserves the right of American citizens and **non-citizen Nationals** to accept any religious belief and engage in religious rituals. Free-exercise clauses of state constitutions which protected religious "

17. Demonyms - is a word that identifies a group of people (inhabitants, residents, natives in relation to a particular place.

18. Commerce Power- Congressional channels; instrumentalities such as highways; waterways; airways; cars; trucks; ships, and airplanes via interstate/intrastate commercial activities.

19. Penalty- Punishment upon conviction of a crime, generally in the form of a monetary fine, forfeiture of property, or imprisonment.

20. Alien-8 U.S. Code § 1101-Term means any person not a citizen or national of the United States.

21. Strangers- Those who are in no way parties to a covenant nor bound by it. A third person, anyone who is a party to a particular legal action, contract or agreement.

22. American-1570's original "one of the aboriginal peoples discovered in the western hemisphere by Europeans"; also see webster's 1828 definition.

23. Withdrawal- 1300c to take back, to retract, leaving the conspiracy before the target crime has been committed.

24. Subterfuge- something intended to misrepresent the true nature of an activity

RECEIVED IN CLERK'S OFFICE
U.S.D.C. Atlanta

DEC 27 2021

KEVIN P. WEIMER, Clerk
By: [signature] Deputy Clerk

Statute Title 17 chapter 1- Immediate Emergency Injunction Judicial Notice request, which is to remain attached with definitions to this court of records, a subdivision of UNITED STATES and Great seal of said State.

## Affidavit of Adverse Possession

State of Georgia
County of __Oglethorpe__
  1 out of 159 counties

1:21-CV-5301

I executor: __kiley-arnez__, domiciled at _____ __640 vine street,_____,
__Clarke County_____, [30601-99998]_____, being of legal age, depose and say that:

### Description Property

Kiley Arnez Carter Express Trust is the owner of real property situated at___,
__640 vine street_____, __Clarke_____, [30601-99998]_____ and legally described as: __see attachments__

### Ownership

I acquired ownership of the above property by deed dated __February 23, 2009__, recorded in the __Clarke_____ County Clerk's Office on __December 31, 2014__, in Book __03595_____ of Deeds at Page __0024-0033.__

### Adverse Possession

Kiley Arnez Carter Express Trust personally took possession of the property from the date of purchase and have remained in continuous open, peaceful and notorious possession of the Property since that date.

Kiley Arnez Carter Express Trust have no knowledge of any facts which would indicate that Aboriginal title or possession of the subject real property would be called into question or dispute.

To registered agent knowledge, Kiley Arnez Carter Express Trust title to the subject premises has never been disputed, rejected or questioned.

### Lien and Encumbrances

No claim or action has been brought to Kiley Arnez Carter Express Trust attention which questions my title or right to possession of the property and, to my knowledge, no actions are pending against me in any court.

There are no judgments against Kiley Arnez Carter Express Trust which are unpaid in any court of Georgia, subdivision of the United States., and the subject premises are free from all liens and encumbrances.

No Proceedings in bankruptcy have been brought by or against Kiley Arnez Carter Express Trust in any court, nor have Kiley Arnez Carter Express Trust made an assignment for the benefit of creditors, nor have made any other type of creditor arrangements.

Statue **Title 17 chapter 1- Immediate Emergency Injunction Judicial Notice** request, which is to remain attached with definitions to this court of records, a subdivision of UNITED STATES and Great seal of said State.

### Purpose

This rebuttal affidavit of adverse possession is executed on December 17, 2019, pursuant to account ST18CR0730

### Oath or Affirmation

Kiley Arnez Carter Express Trust certify under penalty of perjury under law pursuant **28 USC 1746** that the contents of this Affidavit signed by registered agent and that the statements are true and correct.



STATE OF GEORGIA, COUNTY OF Clarke_____, ss.

On this 19th day of December, 2019 before registered agent, of the KILEY ARNEZ CARTER EXPRESS TRUST, personally appeared_____, known to Kiley Arnez Carter Express Trust (satisfactorily proven) to be the persons whose names are subscribed to the within Affidavit,
And, being first duly affirm on oath according to law, deposes and says that he/she has read the foregoing Affidavit subscribed by him/her, and that the matters stated herein are true to the best of his/her information, knowledge and belief.

In witness whereof I hereunto set my hand and private seal.

*Carter: Kiley-arnez*

Registered Agent

Witness of Spiritual Express Trust

VA Disability Advocate

IN THE STATE COURT OF ATHENS-CLARKE COUNTY

STATE OF GEORGIA

| | |
|---|---|
| STATE OF GEORGIA | : |
| v. | : CASE NO. ST-18-CR-0730 |
| KILEY CARTER,<br>    Defendant. | : |

## ORDER PLACING CASE ON DEAD DOCKET

It is Ordered that this case be placed on the dead docket pursuant to the provisions of O.C.G.A. §15-6-61. This Dead Docket Order is conditioned on the Defendant being barred from 640 Vine Street, Athens, GA and the Defendant not violating any laws.

Copies of this Order have been served on Counsel for the State and the Defendant.

So Ordered, this 17th day of December, 2018.

_____
Ethelyn N. Simpson, Judge
State Court of Athens-Clarke County

## CERTIFICATE OF SERVICE

I, kiley-arnez registered agent for **private express trust on behalf Office of Executor: kiley-arnez Surety over all Commerce** for KILEY A CARTER, CARTER, KILEY ARNEZ. and carter kiley arnez, Holder in Due Course, is of the age of majority and competent under the penalty of perjury, without the United States pursuant **28 USC 1746**.

For and the record, **UNITED STATES witnesses of record and Private Trust witnesses to 1460 days, 35,040 hours, 2,102,400 minutes** of aiding/abetting injuries/damages without absolute just cause or interest in private land/property located 640 vine street, Clarke, [30601-99998] BY WAY Suppression of facts as fraud.

**Joe Riley dba THE PATRIOT FAMILY HOMES LLC Georgia**
**Robert J Solomon dba SOLOMON/BAGGETT BAR#666635**
**David R Sweat dba SUPERIOR COURT**
**Beverly Logan dba CHIEF CLERK**
**John Q Williams dba HEAD SHERIFF**
**Ira Edwards Jr dba FR HEAD SHERIFF**
**Patricia Barron dba CHIEF PROBATE JUDGE**
**Benjamin Makin dba PROBATE JUDGE**
**Kelly Girtz dba MAYOR**
**Cleveland Spruill dba CHIEF OF POLICE**
**Mariah Parker dba COMMISSIONER**

**Witnesses of Spiritual Express Trust**
**Timmy Gilham dba Veteran Disability Advocate/Retired ACC Fireman**
**Walter Allen dba ZEBRA MAGAZINE**
**Cedric Gilham dba 3DMEDIA**
**Rex Gantt dba Private Contractor**

Witness of Express Trust Record

Registered Agent Signature: _Carter: Kiley-arnez_ private trust seal: _____

c/o 640 vine street

Clarke, [30601]

U.S. District Court - 2211
75 Ted Turner Drive SW
Atlanta Ga 30303



RF 116 951 925 US

  

U.S. POSTAGE PAID
FCM LG ENV
ATHENS, GA
30606
JAN 08, 22
AMOUNT
$16.11
R2305K132630-30

RTS Unclaimed

NC/1-0-22



Patriot Family Homes LLC Georgia
256 Cherokee Ridge
Athens Georgia 30606

43

CLEARED DATE
MAR 0 9 2022
U.S. Marshals Service
Atlanta, GA 30303