IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Kiley Arnez Carter Express Trust,

    Plaintiff,

v.   Case No. 1:21-cv-5301-MLB

Joe Riley et al.,

    Defendants.

_____/

## ORDER

Defendant Robert J. Solomon moves to dismiss Plaintiff's complaint. Plaintiff has not filed a response, "indicat[ing] that there is no opposition to the motion." LR 7.1(B), NDGa. So the Court grants Defendant's motion.

The Court also finds that Plaintiff's complaint is "patently frivolous," that amendment would be futile, that Plaintiff's "claims against Defendants are integrally related and that the reasons for dismissal apply to each Defendant." *United States v. Fulton Cty., Georgia*, 2016 WL 4158392, at *15 (N.D. Ga. Aug. 5, 2016). So the Court dismisses this action in its entirety, even as to the non-moving

Defendants. *Id.* Plaintiff has not established subject matter jurisdiction, has not adequately served Defendants, has failed to state a claim against any Defendant, has not complied with the procedural requirements of the Federal Rules of Civil Procedure or the Local Rules of this Court, has not opposed Defendant Solomon's motion, purports to be an artificial entity but is not represented by counsel, and has given the Court no reason to believe this case should proceed any further. There is no doubt dismissal is warranted.

The Court **GRANTS** Defendant Robert J. Solomon's Motion to Dismiss (Dkt. 4) and **DISMISSES** this case **WITHOUT PREJUDICE**.

**SO ORDERED** this 28th day of March, 2022.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE