UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Kiley Arnez Carter Express Trust,<br><br>        Plaintiff,<br><br>vs.<br><br>Joe Riley, Robert J. Solomon, David R. Sweat, Beverly Logan, Ira Edwards, Jr., Judge Patricia Barron, Judge Benjamin Makin, United States of America, Public Officials, Sheriff John Q Williams, Current Office Holder in Chambers Magistrate, State, Superior Judges All Constitutional Officials ,<br><br>        Defendant. | CIVIL ACTION FILE<br><br>NO. 1:21-cv-5301-MLB |

## J U D G M E N T

This action having come before the court, Honorable Michael L Brown, United States District Judge, for consideration of defendant Solomon's motion to dismiss, and the court having granted said motion, it is

**Ordered and Adjudged** that the action be, and the same hereby is, dismissed. Dated at Atlanta, Georgia, this 28th day of March, 2022.

                                                KEVIN P. WEIMER

                                                CLERK OF COURT

                              By:   s/D. Burkhalter
                                                 Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
March 28, 2022
Kevin P. Weimer
Clerk of Court

By: s/D. Burkhalter
Deputy Clerk